**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7996**

_____

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

ERICKSON DOMINGUEZ-GONZALEZ, a/k/a Domingues A. Trinidad,
a/k/a Christian Enrique Torres-Torres, a/k/a Mexico,

　　　　　　Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:08-cr-00365-BR-3)

_____

Submitted:  May 26, 2016　　　　　　Decided:  May 31, 2016

_____

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Erickson Dominguez-Gonzalez, Appellant Pro Se.  Eric David
Goulian, Jonathan Philip Holbrook, Seth Morgan Wood, OFFICE OF THE
UNITED STATES ATTORNEY, Stephen Aubrey West, Assistant United
States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erickson Dominguez-Gonzalez appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Dominguez-Gonzalez a sentence reduction on public safety grounds. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir. 2013) (stating standard). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED